# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Sandra Lee Hodges<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case: 1:24-mj-00031<br>  Assigned To : Judge Moxila A. Upadhyaya<br>  Assign. Date : 1/26/2024<br>  Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                        Sandra Lee Hodges                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment          ❐ Superseding Indictment          ❐ Information          ❐ Superseding Information          ☒ Complaint
❐ Probation Violation Petition          ❐ Supervised Release Violation Petition          ❐ Violation Notice          ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date:     01/26/2024                                        _____
                                                                                      *Issuing officer's signature*

City and state:            Washington, D.C.                        Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                        _____
                                                                                      *Arresting officer's signature*

                                                                                      _____
                                                                                      *Printed name and title*